AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-mj-01096-BnB |
| Timothy Gonzales | ) | |
| *Defendant* | ) | Charging District: |
| | ) | Charging District's Case No. 2:14-cr-00252-002 TS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court 351 S. West Temple Salt Lake City, UT 84101 | Courtroom No.: 8.4 |
|---|---|
| | Date and Time: August 4, 2014 9:45am magistrate Brooke Wells |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: July 18, 2014

Boyd N. Boland
*Judge's signature*

Boyd N. Boland Magistrate Judge
*Printed name and title*